IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:                :    CHAPTER 13 PROCEEDING

UNA J. AULT           :    CASE NO. : 18-61527

                      :    JUDGE RUSS KENDIG

DEBTOR(S)             :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION
OF DEBTOR'(S) PLAN DATED JULY 26, 2018

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, for the above captioned case and objects to Confirmation of the Debtor'(s) proposed Plan on the grounds that said plan is in violation of 11 U.S.C. Section(s):

**Unfeasible**
    1325 (a) (6) the debtor will be able to make all payments under the plan and to
        comply with the plan

    1325 (a) (1) the plan complies with the provisions of this chapter and with the other
        applicable provisions of this title.

**Disposable Income**
    1325 (a) (1) the plan complies with the provisions of this chapter and with the other
        applicable provisions of this title.

    1325 (a) (3) the plan has been proposed in good faith and not by any means
        forbidden by law.

And therefore fails to comply with 11 U.S.C. Section
    1322 (a) (1) provide for the submission of all or such portion of future earnings
        or other future income of the debtor to the supervision and control
        of the trustee as is necessary for the execution of the plan.

A proposed plan must comply with 11 U.S.C. Section
    1325 (b) (1) (B) the plan provides that all the debtor's projected disposable
        income to be received in the applicable commitment period beginning on the
        date that the first payment is due under the plan will be applied to make

payments to unsecured creditors under the plan.

**FIXED PAYS EXCEED THE PLAN PAYMENT**
**REAL ESTATE TAXES MUST BE PAID CONDUIT**

     **WHEREFORE**, the Standing Chapter 13 Trustee prays that the confirmation of the debtor(s) plan be **denied.**

                                       /S/ **Toby L. Rosen**
                                       **Toby L. Rosen, Chapter 13 Trustee**

# CERTIFICATE OF SERVICE

I certify that on August 29, 2018, a true and correct copy of the OBJECTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

MAURICE GRAHAM, on behalf of UNA J. AULT, at Grahamlawoffice1@att.net

And by regular U.S. Mail, postage prepaid, on:

NONE

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222