IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| UNA J. AULT | : | CASE NO.   18-61527 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGESAND NOTICE OF HEARING |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and objects to Notice of Postpetition Mortgage Fees, Expenses, and Charges  for the following:

These expenses are not allowed to be reimbursed in OHIO.

NOW, THEREFORE**, the Trustee respectfully requests that the Court deny the Notice of Postpetition Mortgage Fees, Expenses, and Charges.**

                                        /S/ Toby L. Rosen
                                         **Toby L. Rosen, Chapter 13 Trustee**

## NOTICE OF HEARING

Kindly take **NOTICE** that the Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges regarding the above captioned debtor(s), will come on for hearing on **OCTOBER 17, 2018 at 2:00 p.m.** Said hearing will take place in the U. S. Bankruptcy Court, Ralph Regula Federal Building, 401 McKinley Ave SW, Canton, Ohio 44702.

## CERTIFICATE OF SERVICE

I certify that on September 13, 2018, a true and correct copy of the OBJECTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

MAURICE GRAHAM, on behalf of UNA J. AULT, at Grahamlawoffice1@att.net

And by regular U.S. Mail, postage prepaid, on:

WILMINGTON SAVINGS FUND SOCIETY, FSB
C/O KRISTIN A ZILBERSTEIN, AGENT
LAW OFFICES OF MICHELLE GHIDOTTI
1920 OLD TUSTIN AVE
SANTA ANA, CA 92705

**/S/ Toby L. Rosen**
**Toby L. Rosen, Chapter 13 Trustee**
400 W. Tuscarawas St, 4th Floor
Canton, OH 44702
Phone: (330) 455-2222